# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JULIETTE COUSINO,<br>　　Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION NO.<br>3:09-CV-2138(JCH) |
| KRISTINE MUIR,<br>　　Defendant. | : <br> : <br> : | APRIL 9, 2010 |

## RULING RE: MOTION FOR PROTECTIVE ORDER (Doc. No. 20)

Defendant Kristine Muir moves this court for a protective order to govern documents necessary to her defense that she must obtain from the government regarding a pending criminal action which have been sealed by the issuing authority. See Mot. for Protective Order at 1 (Doc. No. 20). The court hereby **GRANTS** that motion and orders that the warrant and consent form(s) defendant receives from the government shall not be publicly disclosed and will be for "attorneys eyes only" while the federal investigation is pending. Those documents shall also remain sealed.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 9th day of April, 2010.

　　　　　　　　　　　　　　　　　　 /s/ Janet C. Hall
　　　　　　　　　　　　　　　　　　Janet C. Hall
　　　　　　　　　　　　　　　　　　United States District Judge